NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIAMOND SAWBLADES MANUFACTURERS' COALITION,**
*Plaintiff-Appellant,*

**v.**

**DEPARTMENT OF COMMERCE** AND
**INTERNATIONAL TRADE COMMISSION,**
*Defendants-Appellees.*

---

2014-1367

---

Appeal from the United States Court of International Trade in No. 1:13-cv-00391-RKE, Judge Richard K. Eaton.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellant's unopposed motion to dismiss the appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

2          DIAMOND SAWBLADES MANUFACTURER v. COMMERCE

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s26


ISSUED AS A MANDATE: May 22, 2014